BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

FILED
MAR 19 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:14-CR-080 JAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL H. TEUTSCH,<br>Defendant. | VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |

I N F O R M A T I O N

[18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm]

The United States Attorney charges: T H A T

MICHAEL H. TEUTSCH,

defendant herein, on or about November 18, 2013, at Beale Air Force Base, in the County of Yuba, State and Eastern District of California, having been convicted of separate crimes punishable by a term of imprisonment exceeding one year, to wit:

///

///

(1) causing bodily injury while driving under the influence of alcohol, in violation of California Vehicle Code Section 23153(a), on or about June 2, 2003, in the Superior Court of the State of California, County of Sacramento, Case No. 03F0395;

(2) driving with 0.08 percent or more of alcohol in his blood, in violation of California Vehicle Code Section 23153(b), on or about July 11, 2007, in the Superior Court of the State of California, County of Marin, Case No. SC153306A; and

(3) driving under the influence of alcohol, in violation of California Vehicle Code Section 23153(a), on or about July 11, 2007, in the Superior Court of the State of California, County of Marin, Case No. SC153306A.

did knowingly possess a firearm, to wit: a Smith and Wesson Model SW9VE, 9 millimeter semiautomatic pistol, serial number RAY0829, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED: March 19, 2014

BENJAMIN B. WAGNER
United States Attorney

By: [signature]
PETER M. MULARCZYK
Special Assistant U.S. Attorney

# PENALTY SLIP

**United States v. Michael H. Teutsch**

COUNT ONE

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |
| PENALTY: | Not more than 10 years imprisonment,<br>Not more than a $250,000.00 fine, or both.<br>Not more than 3 years supervised release. |
| SPECIAL ASSESSMENT: | $100.00 |