# UNITED STATES DISTRICT COURT

2015 APR 29 AM 11:50

for the

Eastern District of California

United States of America
v.
Michael H. Teutsch
*Defendant*

Case No. 2:14-cr-00080 JAM

FILED
MAY 04 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Michael H. Teutsch ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
☑ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 3606 Supervised Release Violation

Date: 04/29/2015

L. Mena-Sanchez
*Issuing officer's signature*

City and state: Sacramento, CA

L. Mena-Sanchez
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/29/15 , and the person was arrested on *(date)* 5/1/15
at *(city and state)*

Date: 5/1/15

*Arresting officer's signature*

Robert Howes DUSM
*Printed name and title*